AD2d 624, 625, citing *Matter of Edgeworth*, 993 F2d 51, 54, n 6 [5th Cir], and *Green v Welsh*, 956 F2d 30 [2d Cir]).

We further conclude that this action is not barred by res judicata. Although plaintiff asserted a cross claim for contractual indemnification against defendant in a prior action, that claim was not submitted to the jury or ruled upon by the court (*see, Savage v Specialty Retail Concepts* [appeal No. 6], 179 AD2d 1059). The judgment in this action does not destroy or impair rights or interests established by the judgment in the prior action (*see, Schuykill Fuel Corp. v Nieberg Realty Corp.*, 250 NY 304, 306-307). Because the court properly granted summary judgment to plaintiff on the first cause of action, we need not reach defendant's remaining contention that the second cause of action is untimely. (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.

■ In the Matter of DOUGLAS BROWN et al., Individually and on Behalf of All Others Similarly Situated, Respondents, v BRIAN WING, as Acting Commissioner of New York State Department of Social Services, et al., Appellants. [663 NYS2d 1025] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Siracuse, J. (Appeal from Judgment of Supreme Court, Monroe County, Siracuse, J.—Declaratory Judgment.) Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.

■ In the Matter of DANIEL R., JR., a Child Alleged to be Neglected. DANIEL R., SR., Respondent; NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant. (Appeal No. 1.) [663 NYS2d 1025] —Appeal unanimously dismissed without costs. Same Memorandum as in *Matter of Daniel R.* (241 AD2d 956 [decided herewith]). (Appeal from Order of Niagara County Family Court, Halpin, J.—Vacate Order.) Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.

■ In the Matter of DANIEL R., JR., a Child Alleged to be Neglected. DANIEL R., SR., Respondent; NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant. (Appeal No. 2.) [661 NYS2d 382] —Order unanimously reversed on the law and facts without costs, petition granted and matter remitted to Niagara County Family Court for further proceedings in accordance with the following Memorandum: Following a fact-finding hearing, Family Court dismissed the petition alleging that respondent had abused and/or neglected his three-year-old son. The court found that the testimony of the various wit-